UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK LAMAR EDMOND, JR.,

    Defendant.
_____/

Hon. Sally J. Berens

Case No. 1:24-mj-331

**ORDER OF DETENTION**

Defendant appeared this date for a bond hearing. For the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on August 16, 2024.

    /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge